United States District Court
Southern District of Texas
**ENTERED**
October 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YASMANI LAZO FREITAS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-04595 |
| | § | |
| RAYMOND THOMPSON, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL AND CASE CLOSURE

Pending is Petitioner's motion for voluntary dismissal. *See* Doc. No. 7. Pursuant to Federal Rule of Civil Procedure 41(a), the Court **ORDERS** as follows:

1. Petitioner's motion for voluntary dismissal (Doc. No. 7) is **GRANTED.**
2. This case is **DISMISSED** without prejudice; however, to avoid an abuse of the writ, any subsequent petition(s) filed by this petitioner seeking relief from their pre-final-removal-order detention **must disclose** that the petitioner previously filed, and then voluntarily dismissed, this case and state the case number. Petitioner is further cautioned that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), "if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits."

3. All other pending motions, if any, are **DENIED as MOOT.**

4. This case is **CLOSED**.

The Clerk will enter this Order and provide a copy to all parties of record.

SIGNED on this 23rd day of October 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE